FILED: May 25, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1458
(1:16-cv-00725-ADC)
_____

TERRY LEE KEENE

      Plaintiff - Appellant

v.

NANCY A. BERRYHILL, Acting Commissioner, Social Security Administration

      Defendant - Appellee

_____

O R D E R
_____

The court grants the motion to file the administrative record out of time.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk